IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES WARREN,

    Petitioner,

v.                                                                     No. 25-cv-0360-JMC-KBM

CHIEF COMMISSIONER, *et al*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court **DISMISSES without prejudice** the above-captioned civil action.

                                      /s/ Joel M. Carson III
                                      JOEL M. CARSON III
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation